
SEALED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 05-410 |
| v. | : GRAND JURY ORIGINAL |
| WIDMAY DORVILIER, also known as Widmayer | : UNDER SEAL |
| and | : |
| JEROME JOSEPH, also known as James Pierre, | : |
| Defendants. | : |

FILED
NOV 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT MOTION FOR AN ORDER TO SEAL THE INDICTMENT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Honorable Court, pursuant to Fed. R. Cr. P. 6(e)(4), for entry of an Order sealing the Indictment returned in this matter on this date, November 16, 2005, as well as sealing this Motion and this Court's Order sealing these matters, until either the arrests of both defendants by the United States authorities, at which time the Indictment would be unsealed without further order of the Court, or until further Order of the Court, whichever shall first occur, such sealing order, however, not to prevent appropriate communication between the representatives of the United States and of the other countries concerned, principally Haiti, concerning the efforts to obtain custody of the defendants for prosecution in the United States. In support of this motion, the United States avers as follows:

An indictment may be sealed pursuant to Rule 6(e)(4) for any legitimate prosecutorial reason,

including, primarily as recognized by the Rule itself, to take the defendant into custody and bring him before the court. See United States v. Michael, 180 F.2d 55, 57 (3d Cir. 1949), cert. denied, 339 U.S. 978 (1950); see also United States v. Sharpe, 955 F.2d 49 (5th Cir. 1993); United States v. Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir.), cert. denied, 474 U.S. 825 (1985).

The defendants charged in this case have been indicted for Hostage Taking, in violation of 18 U.S.C. § 1203, and Use of a Firearm During a Crime of Violence, 18 U.S.C. § 924(c). Warrants for the arrests of both of the defendants will be issued to coincide with the return of the Indictment. Both defendants are currently incarcerated in Haiti. Premature public disclosure of the Indictment could adversely impact sensitive United States law enforcement and diplomatic efforts to coordinate with the Haitian and possibly other authorities eventually to bring them before this Court. The representatives of the United States need to be able to discuss arrangements with the government of Haiti with the goal of bringing the defendants into United States' custody.

The need to coordinate with foreign governments in order safely to take the defendants into custody and to bring them before the Court are clearly legitimate and compelling prosecutorial reasons upon which this Court may base an order to seal the Indictment.[1]

---

[1] See Post v. Robinson, 935 F.2d 282, 287 (D.C. Cir. 1991) (court may seal court documents for compelling governmental interests).

WHEREFORE, the United States of America prays that this Honorable Court issue an Order sealing the Indictment returned in this matter on this date, November 16, 2005, as well as sealing this Motion and the Court's Order sealing these matters, until either the arrests of both defendants by United States authorities, at which time the Indictment would be unsealed without further order of the Court, or until further Order of the Court, whichever first occurs, such sealing order, however, not to prevent appropriate communication between the representatives of the United States and of the other countries concerned, principally Haiti, concerning obtaining custody of the defendants.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No.  451058


By: _____
Jeanne M. Hauch
Assistant United States Attorney
D.C. Bar No. 426585
National Security Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 514-5776
Jeanne.M.Hauch@usdoj.gov


Thomas P. Swanton
Trial Attorney
D.C. Bar No 462144
Counterterrorism Section, Criminal Division
U.S. Department of Justice
10th & Constitution Ave., NW
Washington, D.C.  20530
(202) 514-0849
Thomas.P.Swanton@usdoj.gov