


CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

FILED

DEC 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TO:** UNITED STATES DISTRICT COURT
E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE
333 CONSTITUITON AVENUE, N.W.
WASHINGTON, D.C. 20001-2802

**RE:** U.S.A. vs. DORVILIER & JOSEPH

CR 05-410-CKK

OUR CASE NUMBER 05_3508-TURNOFF
YOUR CASE NUMBER 05_410

**DATE:** 12/22/05

SEALED

---

The above-mentioned cause has been transferred to your jurisdiction pursuant to

(Rule 20, 21(b), Rule 40, 18:3653)

Please find enclosed the following documents:

__XX__ Original file

______ Certified File (pertinent papers only)

______ Magistrate Proceedings

______ CASH Bond Amount $______
(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely

By COLETTE FARRINGTON
Deputy Clerk

CLOSED INTERP

U.S. District Court
Southern District of Florida (Miami)

CR05-410-CKK

CRIMINAL DOCKET FOR CASE #: 05-M -3508-ALL

USA v. Dorvilier, et al
Dkt# in other court: None

Filed: 12/12/05

Case Assigned to: Magistrate Judge William C. Turnoff

| | |
|---|---|
| WIDMAY DORVILIER (1) , DOB: 1/1/81 Prisoner No. 76289-004; CREOLE INTERPRETER aka Widmayer<br>defendant<br>[term 12/21/05] | Public Defender<br>[term 12/21/05]<br>FTS 536-4559<br>305-530-7000<br>[COR LD NTC pda]<br>Federal Public Defender's Office<br>150 W Flagler Street<br>Miami, FL 33130-1556<br>305-530-7000 |

Pending Counts:

NONE

Terminated Counts:

NONE

SEALED

| Complaints | Disposition |
|---|---|
| Warrants for Arrest on Indictment from the District of Columbia (Case No. 05-410) Hostage Taking; Use of a Firearm During a Crime of Violence; Aiding and Abetting and Causing an Act to be Done | |

========================

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By Maddox Clark
Deputy Clerk
Date 12-21-05

Proceedings include all events.
1:05m 3508-ALL USA v. Dorvilier, et al CLOSED INTERP

Case Assigned to: Magistrate Judge William C. Turnoff

JEROME E. JOSEPH (2) , DOB: 3/29/82 Prisoner No. 76288-004; CREOLE INTERPRETER aka James Pierre
defendant
[term 12/21/05]

Monique Arianne Brochu
[term 12/21/05]
FTS 713-2725
954-713-2724
Suite 700
[COR LD NTC cja]
1 E Broward Boulevard
Fort Lauderdale, FL 33301

Pending Counts:

NONE

Terminated Counts:

NONE

| Complaints | Disposition |
|---|---|
| Warrants for Arrest on Indictment from the District of Columbia (Case No. 05-410) Hostage Taking; Use of a Firearm During a Crime of Violence; Aiding and Abetting and Causing an Act to be Done | |

Proceedings include all events.
1:05m 3508-ALL USA v. Dorvilier, et al CLOSED
INTERP

WIDMAY DORVILIER, also known as Widmayer, DOB: 1/1/81
Prisoner No. 76289-004; CREOLE INTERPRETER

defendant

=========================

JEROME E. JOSEPH, also known as James Pierre, DOB: 3/29/82
Prisoner No. 76288-004; CREOLE INTERPRETER

defendant

=========================

USA

plaintiff

U. S. Attorneys:

NONE

Proceedings include all events.
1:05m 3508-ALL USA v. Dorvilier, et al CLOSED
INTERP

| | | |
|---|---|---|
| 12/10/05 | -- | ARREST (Rule 40) of Widmay Dorvilier, Jerome E. Joseph for District of Columbia (md) [Entry date 12/21/05] |
| 12/12/05 | 1 | REPORT Commencing Criminal Action as to Widmay Dorvilier DOB: 1/1/81 Prisoner # 76289-004; CREOLE INTERPRETER (md) [Entry date 12/21/05] |
| 12/12/05 | 2 | REPORT Commencing Criminal Action as to Jerome E. Joseph DOB: 3/29/82 Prisoner # 76288-004; CREOLE INTERPRETER (md) [Entry date 12/21/05] |
| 12/12/05 | 3 | COPY of Warrants for Arrest and Indictment by USA as to Widmay Dorvilier, Jerome E. Joseph from the District of Columbia (hostage taking; use of a firearm during a crime of violence; aiding and abetting and causing an act to be done) (md) [Entry date 12/21/05] |
| 12/12/05 | 4 | ORDER on Initial Appearance as to Widmay Dorvilier. Bond set to Temporary Pretrial Detention. for Appointment of Public Defender Detention hearing set for 10:00 12/16/05 Removal hearing set for 10:00 12/27/05 before Duty Magistrate, , ( Signed by Magistrate Judge William C. Turnoff on 12/12/05) Tape # 05g-82-351 CCAP (md) [Entry date 12/21/05] |
| 12/12/05 | 5 | ORDER on Initial Appearance as to Jerome E. Joseph. Monique Brochu appointed as CJA counsel of record. Bond set to Temporary Pretrial Detention. Detention hearing set for 10:00 12/16/05; Removal hearing set for 10:00 12/16/05 before Duty Magistrate, , ( Signed by Magistrate Judge William C. Turnoff on 12/12/05) Tape # 05G-82-351 CCAP (md) [Entry date 12/21/05] |
| 12/12/05 | 6 | INTERPRETER required for Widmay Dorvilier, Jerome E. Joseph Language: CREOLE (md) [Entry date 12/21/05] |
| 12/16/05 | 7 | ORDER as to Widmay Dorvilier, Jerome E. Joseph Reset Detention Hearing for 10:00 12/19/05 before Duty Magistrate ( Signed by Magistrate Judge William C. Turnoff on 12/16/05) [EOD Date: 12/21/05] Tape # 05G-85-1925 CCAP (md) [Entry date 12/21/05] |
| 12/19/05 | 8 | STIPULATED ORDER OF DETENTION as to Widmay Dorvilier (Signed by Magistrate Ted E. Bandstra on 12/19/05) Tape # 05E-52-213 CCAP (md) [Entry date 12/21/05] |
| 12/19/05 | 9 | STIPULATED ORDER OF DETENTION as to Jerome E. Joseph (Signed by Magistrate Ted E. Bandstra on 12/19/05) Tape # 05E-52-213 CCAP (md) [Entry date 12/21/05] |
| 12/19/05 | 10 | WAIVER of Rule 40 Hearings by Widmay Dorvilier (md) [Entry date 12/21/05] |

12/19/05 11 WARRANT OF REMOVAL by Widmay Dorvilier. Defendant waived removal and is ordered removed to the District of Columbia. (Signed by Magistrate Judge Ted E. Bandstra on 12/19/05) Tape No. 05E-52-213 (md) [Entry date 12/21/05]

12/19/05 12 WAIVER of Rule 40 Hearings by Jerome E. Joseph (md) [Entry date 12/21/05]

12/19/05 13 WARRANT OF REMOVAL as to Jerome E. Joseph. Defendant waived removal and is ordered removed to the District of Columbia. (Signed by Magistrate Judge Ted E. Bandstra on 12/19/05) Tape No. 05E-52-213 (md) [Entry date 12/21/05]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-3508-Turnoff
& CR05-410-CKK

UNITED STATES OF AMERICA,

v.

Jerome Joseph #76258-004

**WARRANT OF REMOVAL**

FILED by [illegible] D.C.
MAG. SEC.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

A(n)____ Complaint

X Indictment

____ Information

____ Probation Violation Warrant

____ Bench Warrant

SEALED

having been filed in the Washington DC charging the above named defendant with Hostage Taking and the defendant having

____ surrendered

XX been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

X waived further hearing

____ been given a hearing in accordance with Fed.R.Crim.P. 40.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this 19 day of December, 2005.
TAPE NO.05E- 52-213

[signature]
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

c: AUSA
Defense
Pretrial Services
U.S. Marshal (2 certified copies)

13
[illegible]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05 3508 Turnoff CR05-410-CKK

FILED by [signature] D.C.
MAG. SEC.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

vs.
Jerome Joseph

SEALED

**WAIVER**

I, Jerome Joseph, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to Removal Hearing.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on December 19, 2005, my right to ______.

DATED:

JEROME JOSEPH
Defendant

[signature]
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his constitutional rights, has refused and waived his/her right to Removal Hrg.

DATED this 19 day of December, 2005, at Miami, FL Southern District of Florida.

TAPE 05E- 52-213

[signature]
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

c: AUSA
Defense Counsel
Pretrial Services/Probation
U.S. Marshal

12/md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-3508-Turnoff CR 05-410-CKK

FILED by [illegible] D.C.
MAG. SEC.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

Widmay Dorvilier

**WARRANT OF REMOVAL**

SEALED

A(n) ____ Complaint

X Indictment

____ Information

____ Probation Violation Warrant

____ Bench Warrant

having been filed in the Washington DC charging the above named defendant with Hostage Taking and the defendant having

____ surrendered

XX been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

X waived further hearing

____ been given a hearing in accordance with **Fed.R.Crim.P.** 40.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

DONE AND ORDERED at Miami, Florida this 19 day of December, 2005.
TAPE NO.05E- 52213

[signature]
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

c: AUSA
Defense
Pretrial Services
U.S. Marshal (2 certified copies)

11/md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-350-8 Turnoff CR05-410-CKK

UNITED STATES OF AMERICA,

vs.

Widmay Dorvilier

FILED by [illegible] D.C.
MAG. SEC.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SEALED

**WAIVER**

I, Widmay Dorvilier, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to Removal Hrg.

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on December 19, 2005, my right to ______________________.

DATED:

Dorvilier Widmay
Defendant

[signature]
Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to Removal Hearing ______________________.

DATED this 19 day of December, 2005, at Miami, FL Southern District of Florida.

TAPE 05E-52-213

[signature]
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

c: AUSA
Defense Counsel
Pretrial Services/Probation
U.S. Marshal

10/md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by MAG. SEC. D.C.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 05-3508-TURNOFF

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEROME JOSEPH

Defendant.

Stipulated

**ORDER OF DETENTION**

CR05-410-CKK

SEALED

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant, ABOVE NAMED DEFENDANT, shall be detained pending trial, as a risk of flight/danger to the community in this case for the reasons stated on the record by the Court.

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this 19 day of DECEMBER, 2005.

TAPE NO.05E-52-213

**TED E. BANDSTRA**
**UNITED STATES MAGISTRATE JUDGE**

c:AUSA
Defense Counsel
Pretrial
U.S. Marshal

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-3508-TURNOFF

FILED by MAG. SEC. D.C.
DEC 19 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WIDMAN DORVILIER

Defendant.

ST Rubates

**ORDER OF DETENTION**

CR05-410-CKK

SEALED

Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Defendant, ABOVE NAMED DEFENDANT, shall be detained pending trial, as a risk of flight/danger to the community in this case for the reasons stated on the record by the Court.

2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

**DONE AND ORDERED** in Miami, Florida this 17 day of DECEMBER, 2005.

TAPE NO.05E-52-213

[signature]
**TED E. BANDSTRA**
**UNITED STATES MAGISTRATE JUDGE**

c:AUSA
Defense Counsel
Pretrial
U.S. Marshal

8
Trd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-3508-Turnoff

CR05-410-CKK

UNITED STATES OF AMERICA,

Plaintiff,

v.

Widmay Dorvilier and Jerome Joseph
_______________________________/

FILED by [signature] D.C.
MAG. SEC.
DEC 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER RESETTING**

SEALED

THIS CAUSE is before the Court for a Detention Hearing, Removal Hearing, Bond Hearing, Status Conference.

The Court having heard argument, and for good cause shown by the defendant, government, and with no objections.

Detention Hrg. is Reset to 12/19/05 @10AM

Bond Hrg.________________________________________

Removal Hrg.________________________________________

Status Conference________________________________________

DONE AND ORDERED at Miami, Florida, this 16 day of Dec., 2005.

TAPE NO. 05G-85-1925

[signature]

**WILLIAM C. TURNOFF**
**U.S. MAGISTRATE JUDGE**

c: All parties

[initials]

CASE NUMBER 05-3508-TURNOFF

CR05-410-CKK

INTERPRETER REQUIRED IN CASE




SEALED

FOREIGN LANGUAGE CREOLE

DEFENDANT(S) WIDMAY DORVILIER

JEROME JOSEPH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 05-3508-TURNOFF** CR05-410-CKK

UNITED STATES OF AMERICA

Plaintiff,

v.

JEROME JOSEPH

**DOB:03/29/82 #76288-004**

Defendant.

______________________________/

FILED by [signature] D.C.
MAG. SEC.
DEC 12 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SEALED

**ORDER ON INITIAL APPEARANCE**

AUSA Karen Rochlin
Agent FBI

Language CREOLE
Tape No. 05G- 82-351

The above-named defendant having been arrested on 12/10/05 having appeared before the court for initial appearance **on 12/12/05** and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. ______________ appeared as permanent/temporary counsel of record.
   Address: ______________
   Zip Code: ______________ Telephone: ______________
2. ~~AFPD (Mark Seltzer)~~ CJA appointed as permanent counsel of record.
   Address: Monique Brochu
   Zip Code: ______________ Telephone: ______________
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on ______________, 2005.
4. ~~Arraignment/Preliminary~~/Removal/Identity hearing is set for 10am 12-27, 2005.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ______________
   A detention hearing, pursuant to 18 U.S.C, Section 3142(f), is set for 10am 12-16, 2005.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   ______________
   ______________

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.

___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: ______________

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

5/md

JEROME JOSEPH

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: ______________________
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

______________________

______________________

This bond was set: At Arrest ________
On Warrant ________
After Hearing ________

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ________

______________________

______________________

______________________

______ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this 14 day of DECEMBER, 2005.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
U.S. Marshal
Defense Counsel
Pretrial Services

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 05-3508-TURNOFF**

CR05-410-CKK

UNITED STATES OF AMERICA

Plaintiff,

v.

WIDMAY DORVILIER

**DOB:01/01/81 #76289-004**

Defendant.

_____________________/

FILED by [signature] D.C. MAG. SEC.
DEC 12 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON INITIAL APPEARANCE**

SEALED

AUSA Karen Rochlin
Agent FBI

Language CREOLE
Tape No. 05G-32-351

The above-named defendant having been arrested on 12/10/05 having appeared before the court for initial appearance **on 12/12/05** and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. ______________ appeared as permanent/temporary counsel of record.
   Address: ______________
   Zip Code: ______________ Telephone: ______________
2. AFPD (Mark Seltzer) appointed as permanent counsel of record.
   Address: ______________
   Zip Code: ______________ Telephone: ______________
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on ______________, 2005.
4. ~~Arraignment/Preliminary~~/Removal/Identity hearing is set for 10am 12-27, 2005.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ______________
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am 12-16-, 2005.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

______________

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: ______________
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

4
md

WIDMAY DORVILIER

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: ___
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

___

___

This bond was set: At Arrest ___
On Warrant ___
After Hearing ___

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

___

___

___

______ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this 2[illegible] day of DECEMBER, 2005.

[signature]

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
U.S. Marshal
Defense Counsel
Pretrial Services

SEALED

WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WIDMAY DORVILIER,<br>also known as Widmayer | DOCKET NO. 05-410 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>WIDMAY DORVILIER,<br>also known as Widmayer<br>05-3508-TURNOFF<br>CR05-410-CKK | |
| DOB: xx/xx/1981 PDID: | | |
| WARRANT ISSUED ON THE Indictment | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

FILED by MAG. SEC. D.C. DEC 12 2005 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Hostage Taking

Use of a Firearm During a Crime of Violence

Aiding and Abetting and Causing an Act to be Done

SEALED

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By [signature]
Deputy Clerk

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1203(a) 18 U.S.C. § 2

18 U.S.C. § 924(c)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>NOV 16 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] | DATE:<br>NOV 16 2005 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

3rd

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JEROME JOSEPH,<br>also known as James Pierre<br><br>DOB: xx/xx/1982 PDID: | DOCKET NO: 05-410 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>JEROME JOSEPH,<br>also known as James Pierre<br>CR 05-410-CKK<br>05-3508-TURNOFF | |
| WARRANT ISSUED ON THE Indictment | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Hostage Taking

Use of a Firearm During a Crime of Violence

Aiding and Abetting and Causing an Act to be Done

SEALED

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By [signature] Deputy Clerk

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. §§ 1203(a) 18 U.S.C. § 2<br>18 U.S.C. § 924(c) | |
|---|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: NOV 16 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: NOV 16 2005 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 05-410 |
| v. | : | GRAND JURY ORIGINAL |
| WIDMAY DORVILIER, also known as Widmayer | : | VIOLATIONS: |
| and | : | 18 U.S.C. §§ 1203(a) (Hostage Taking) |
| JEROME JOSEPH, also known as James Pierre, | : | 18 U.S.C. § 924(c) (Use of a Firearm During a Crime of Violence) |
| Defendants. | : | 18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done) |

SEALED

FILED IN OPEN COURT

NOV 16 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

KOLLAR-KOTELLY, J. CKK

## INDICTMENT

The Grand Jury Charges that:

B

## COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

A. The Defendants

1. Defendant **WIDMAY DORVILIER**, also known as WIDMAYER, was a citizen of the Republic of Haiti.

2. Defendant **JEROME JOSEPH**, also known as JAMES PIERRE, was a citizen of the Republic of Haiti.

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By [signature]
Deputy Clerk

B. Victim of the October 2005 Hostage Taking

3. The child victim was a United States national and citizen.

C. Jurisdiction and Venue

4. All events alleged in this Indictment took place within the Republic of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

D. The Offense

5. From on or about October 11, 2005, and continuing to on or about October 14, 2005, defendants **WIDMAY DORVILIER**, also known as WIDMAYER, and **JEROME JOSEPH**, also known as JAMES PIERRE, together with others whose identities are known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and continue to detain a child victim in order to compel a third person to do an act, namely, to pay ransom, as an explicit and implicit condition for the release of the child victim, a United States national and citizen.

(**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2.)

**COUNT TWO**

1. The allegations set forth in paragraphs one through four of Count One are hereby re-alleged and incorporated herein by reference.

2. Beginning on or about October 11, 2005 and continuing to on or about October 14, 2005, defendants **WIDMAY DORVILIER**, also known as WIDMAYER, and **JEROME JOSEPH**, also known as JAMES PIERRE, together with others whose identities are known and unknown to the

Grand Jury, did knowingly use and carry during and in relation to, and possess in furtherance of, a crime of violence for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment, a firearm, that is, a handgun.

(**Use of a Firearm During a Crime of Violence and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Section 924(c) and 2.)

A TRUE BILL:

Gordon Patten
FOREPERSON

Kenneth L. Wainstein / JB
Attorney of the United States in and for the District of Columbia







UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CR05-410-CKK

UNITED STATES OF AMERICA
Plaintiff
-vs
Jerome Joseph
Defendant

CASE NUMBER: CR: 05- 410 D.C.
05-3508-Turnoff
REPORT COMMENCING CRIMINAL ACTION
76288-004
USMS NUMBER

SEALED

FILED by [signature] D.C.
MAG. SEC
DEC 12 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

MIAMI (circled) FT. LAUDERDALE W. PALM BEACH
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/10/05 A M ____ P M 3:10 PM

(2) LANGUAGE SPOKEN: Creole

(3) OFFENSE (S) CHARGED: ~~Overseas~~ Kidnaping of U.S. Citizen

(4) DATE OF BIRTH: 03/29/1982

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)

{✓} INDICTMENT { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT

ORINGINATING DISTRICT: D.C.

(6) REMARKS:

(7) DATE: 12/10/05 (8) ARRESTING OFFICER: SA Kenith Jett

(9) AGENCY: FBI (10) PHONE: 305-944-9101

(11)COMMENTS:

2/rd






UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CR05-410-CKK

UNITED STATES OF AMERICA
Plaintiff
-vs

Widmay Dorvilier
Defendant

CASE NUMBER: CR: 05-410 D.C.
05-3508-Turnoff
REPORT COMMENCING CRIMINAL ACTION

76289-004
USMS NUMBER

SEALED

FILED by [illegible] D.C.
MAG. SEC.
DEC 12 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: CLERK'S OFFICE U.S. DISTRICT COURT MIAMI FT. LAUDERDALE W. PALM BEACH (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/10/2005 A M ____ P M 3:10

(2) LANGUAGE SPOKEN: Creole

(3) OFFENSE (S) CHARGED: Kidnaping of U.S. Citizen

(4) DATE OF BIRTH: 01/01/1981

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
{✓} INDICTMENT { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: ____

(6) REMARKS: ____

(7) DATE: 12/10/2005 (8) ARRESTING OFFICER: SA Keith A. Jett

(9) AGENCY: FBI (10) PHONE: 305-944-9101

(11)COMMENTS: ____