**WARRANT FOR ARREST**                                         CO-180 (Rev. 3/93)

SEALED

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 05 - 410 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| JEROME JOSEPH, also known as James Pierre | JEROME JOSEPH, also known as James Pierre | |
| | **FILED** | |
| | JAN 18 2006 | |
| DOB:                PDID: | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE        Indictment | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

| YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below. |
|---|
| **DESCRIPTION OF CHARGES** |

Hostage Taking

Use of a Firearm During a Crime of Violence

Aiding and Abetting and Causing an Act to be Done

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| | 18 U.S.C. §§ 1203(a)        18 U.S.C. § 2 |
| | 18 U.S.C. § 924(c) |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: NOV 16 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: NOV 16 2005 |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named person. |

| DATE RECEIVED 11/16/2005 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER Derrick Zypell |
|---|---|---|
| DATE EXECUTED 01/18/2006 | | |