CO-526  ⊕
(12/86)

**FILED**

MAR 1 0 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            )
                                    )
                                    )
              vs.                   )        Criminal No. 05-410-02
                                    )
Jerome Joseph                       )
                                    )
                                    )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_____
JOSEPH JEROME
         Defendant

_____
       Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
       Judge