UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-410(CKK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **JEROME JOSEPH** | : | |
| | : | |

## UNOPPOSED MOTION TO RESET STATUS HEARING

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to reschedule the status hearing set in this matter currently set for December 20, 2006 at 9:00 a.m., and to set it for December 15 at 9:30 a.m.

The undersigned A.U.S.A. has recently learned that she will be required to travel out of the country from December 17 through December 21, 2006 for urgent government business.

The government consulted defense counsel, Tony Miles, Esq., and he does not oppose this motion.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498610

_____
Jeanne M. Hauch
D.C. Bar Number 426585
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was caused to be served by facsimile on counsel of record for defendant, Tony Miles, Esq., Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, Fax: 202-208-7515, this 6th day of December, 2006.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-410(CKK) |
| v. | : | |
| **JEROME JOSEPH** | : | |

**PROPOSED ORDER**

Upon consideration of the government's Motion to Reset Status hearing, it is this ___ day of December, 2006,

ORDERED that the motion is GRANTED for the reasons stated in the Motion.

_____
Judge COLLEEN KOLLAR-KOTELLY


cc:

Jeanne M. Hauch
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

Tony Miles, Esq.
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500 telephone
(202) 208-7515 facsimile