UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-410(CKK)** |
| | : | |
| v. | : | |
| | : | |
| **JEROME JOSEPH** | : | |
| | : | |

## PROPOSED ORDER

Upon consideration of the government's Motion to Reset Status hearing, it is this  6th  day of December, 2006,

ORDERED that the motion is GRANTED for the reasons stated in the Motion.

_____
Judge COLLEEN KOLLAR-KOTELLY

cc:

Jeanne M. Hauch
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

Tony Miles, Esq.
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500 telephone
(202) 208-7515 facsimile