UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 05-410-02 |
| | : | Judge Colleen Kollar-Kotelly |
| JEROME JOSEPH | : | |
| Defendant | : | |

## ORDER

The probation office shall file its updated Presentence Report by no later than DECEMBER 21, 2007.

The Government shall file its Memorandum in Aid of Sentencing and 5K 1.1 by no later than JANUARY 11, 2008 and Defendant to file its Memorandum in Aid of Sentencing by no later than JANUARY 18, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on JANUARY 30, 2008 1:30 P.M.

IT IS SO ORDERED,

Date: Oct 17, 2007

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
Files
Probation
Jeanne Hauch, AUSA
Tony Miles, AFPD