HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0410-02</u> |
|---|---|---|
| vs. | : | SSN: |
| Joseph, Jerome | : | Disclosure Date: <u>August 11, 2006</u> |

JAN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     8/22/06
Prosecuting Attorney              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____   _____   _____
Defendant                   Date        Defense Counsel              Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 25, 2006**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

**Receipt and Acknowledgment**                          **Page 2**

*Please see attached*

Signed by: _[signature]_
(Defendant/Defense Attorney/**AUSA**)

Date: 8/22/06

UNITED STATES V. JEROME JOSEPH
GOVERNMENT'S COMMENTS ON PRESENTENCE REPORT

P. 3 ¶5 The parties also agreed that the defendant would not seek any downward departures from the applicable guideline range.

P. 5 ¶ 13 line 2 "Proceed" should be "proceeded."

P. 3 ¶ 15 line 3 "The" should be deleted.

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

August 31, 2006

**FILED**

JAN 3 0 2008

**BY FAX (202) 273-0193**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Deborah Stevens-Panzer
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Jerome Joseph</u> [Cr. No. 05-410-02 (CKK)]

Ms. Stevens-Panzer:

     Mr. Joseph and I have reviewed the Presentence Report (PSR) in relation to his case and we have found that the following factual/material inaccuracies exist in the PSR:

     -On page 1, the report should note that Mr. Joseph was initially arrested in Haiti in connection with the instant offense and he remained in custody in Haiti until he was transported to Florida. Mr. Joseph was arrested in Haiti on October 14, 2005.

     -On page 2, the report should state that Mr. Joseph has 2 child dependants rather than 3.

     -On page 4, in the "Offense Conduct" section, the PSR should note that, while Mr. Joseph agrees with the information in this section, he does not have personal knowledge of some of the details discussed in this section. For instance, because Mr. Joseph did not participate in any of the negotiations between the hostage takers and the victim's father, Mr. Joseph was not aware that the father was told that he would receive the disembodied head of his son if a ransom was not paid. The report should also note that Mr. Joseph is sorry for any harm caused by his actions.

     -On page 8, paragraph 39, the report should note that on August 28, 2006, Mr. Joseph was sent to a hospital due to an illness. Mr. Joseph believes he was diagnosed with having tuberculosis and he was given some medication to treat his illness.

     -On page 9, paragraph 44, the report should state that the name of the person for whom Mr. Joseph worked is Boss Tutu (not Boff Totu).

Thank you for your assistance.

                                                Sincerely,

                                                Tony W. Miles
                                                Asst. Federal Public Defender

cc: AUSA Jeanne Hauch