UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

           vs.                    :    Criminal No.   05-00410 (CKK)

JEROME JOSEPH                    :

## NOTICE OF APPEAL

**Name and address of appellant:**       Jerome Joseph

**Name and address of appellant's attorney:**  Tony W. Miles
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

*Filed FEB 08 2008 Clerk, U.S. District and Bankruptcy Courts*

**Offense:** 18:1203(a) and 2 - HOSTAGE TAKING; Hostage Taking and Aiding and Abetting and Causing an Act to be Done.

**Concise statement of judgment or order, giving date, and any sentence:** Two Hundred Thirty Nine (239) Months incarceration. The defendant shall be placed on Supervised Release for a period of Five (5) Years. Special Assessment of $100.00 imposed, to be paid immediately to the Clerk of the Court for the U.S. District Court, District of Columbia.

**Name of institution where now confined, if not on bail:** CTF

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

_02/08/08_
DATE

_Jerome Joseph_
APPELLANT

CJA, NO FEE _____
PAID USDC FEE _____
PAID USCA FEE _____

_/s/ Tony W. Miles_
ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No