UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.:  05-410-02 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **JEROME JOSEPH,** | : | |
| also known as, | : | |
|   James Pierre | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S MOTION TO DISMISS REMAINING COUNT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, moves to dismiss the remaining count in this matter.  On November 16, 2005, the grand jury returned an indictment charging the defendant with violations of  18 U.S.C. § 1203, Hostage Taking of a United States citizen, and 18 U.S.C. § 924(c), Using a Firearm During a Crime of Violence.  On March 10, 2006, defendant pleaded guilty to count one, hostage-taking, in violation of 18 U.S.C. § 1203, and he has since been sentenced.  The United States moves to dismiss count two (Using a Firearm During a Crime of Violence) in this matter.

                                                   Respectfully submitted,

                                                   JEFFREY A. TAYLOR
                                                   United States Attorney

                                                   _____/s/_____
                                                   Jeanne M. Hauch
                                                   ASSISTANT UNITED STATES ATTORNEY
                                                   Bar No. 426585
                                                   National Security Section
                                                   555 4th Street, N.W., Room 11-907
                                                   Washington, DC 20530
                                                   (202) 514-5776
                                                   Jeanne.M.Hauch@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by US Mail on counsel for the defendant:

Tony Miles, Esq.
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004

on this 22nd day of February, 2008.

                                          _____/s/_____
                                          Jeanne M. Hauch, Esq.
                                          ASSISTANT UNITED STATES ATTORNEY