UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.:  05-410-02 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **JEROME JOSEPH,** | : | |
| also known as, | : | |
|     James Pierre | : | |
| | : | |
| **Defendant.** | : | |

ORDER

IT IS ORDERED that the pending count in this matter against defendant be dismissed.

Date:_____          _____
                                                                   UNITED STATES DISTRICT JUDGE

cc:

Jeanne M. Hauch
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530

Tony Miles, Esq.
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004